# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JOVAN K. LONG,
        Plaintiff,

    v.                                        Case No. 11-CV-00436

CITY OF CUDAHY, et al.,
        Defendant.

## ORDER

On August 1, 2012, I warned plaintiff that this case would be dismissed for failure to prosecute if he did not respond to defendants' motion for summary judgment within 21 days. Since plaintiff has failed to respond to defendants' motion, I will now dismiss the case.

**THEREFORE, IT IS ORDERED** that this case is **DISMISSED**.

Dated at Milwaukee, Wisconsin, this 31st day of August 2012.

                                                        s/ Lynn Adelman
                                                        _____
                                                        LYNN ADELMAN
                                                       District Judge